[No. 16477-9-II.    Division Two.    October 27, 1995.]

LAWRENCE J. SCHORNO, ET AL., *Respondents*, v. THE CITY OF CENTRALIA, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-2-02753-5, Robert J. Doran, J., entered September 4, 1992. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Bridgewater and Wiggins, JJ.

[No. 17288-7-II.    Division Two.    October 27, 1995.]

CAIRN C. DOWNEY, ET AL., *Appellants*, v. FIBREBOARD CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-2-01545-9, Terence Hanley, J. Pro Tem., entered June 29, 1993. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Bridgewater and Wiggins, JJ.

[No. 17944-0-II.    Division Two.    October 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DAVID CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 93-1-00073-1, Kenneth D. Williams, J., entered January 28, 1994. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Bridgewater and Wiggins, JJ.

[No. 17920-2-II.    Division Two.    October 30, 1995.]

P & G LANDSCAPING, INC., *Appellant*, v. CREE CONSTRUCTION COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-2-01991-8, William J. Kamps, J., entered January 5, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Wiggins and Fleisher, JJ.